```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
APR 0 2 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOYCE AGUILERA,

                Plaintiff,

       -v-                                13 Civ. 6071 (KBF)

COOKIE PANACHE BY BETWEEN THE      ORDER
BREAD, LTD., et al.,

                Defendants.
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

On April 1, 2014, the parties informed the Court that they reached a settlement in principal. In light of that representation, it is hereby ORDERED that the parties shall, not later than **May 5, 2014**, submit any materials in support of the fairness their settlement, including at least:

- An executed copy of the proposed settlement; and

- A breakdown of what portion of that settlement will go toward attorneys' fees and the basis for those fees.

The parties' request that the action be transferred to the assigned magistrate judge is DENIED.

The Clerk of Court is directed to terminate all motions, dates, and deadlines currently pending in this action.

       SO ORDERED.

Dated:     New York, New York
             April 1, 2014

                                                  KATHERINE B. FORREST
                                                  United States District Judge